**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

_____

| | |
|---|---|
| JOHN MATTHEWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2-11-CV-00141-RGD-FBS |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY | ) |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

_____)_____

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JOHN MATTHEWS, by and through undersigned counsel and hereby inform the Court that a settlement of the underlying issues in the present matter has been reached through acceptance of an Offer of Judgment by the Plaintiff. Pursuant to the Offer of Judgment, the reasonable attorney's fees and costs expended on behalf of Plaintiff shall be determined by the Court.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: __/s/ Richard W. Ferris_____
Richard W. Ferris, Esq.
VSB: #31812
Ferris Winder, PLLC
530 East Main Street
Suite 710
Richmond, VA 23219
(804) 767-1800
(888) 251-6228 Fax
rwferris@ferriswinder.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Steve Zahn, Attorney for Defendant, by the Court's CM/ECF system.

/s/ Richard W. Ferris
Richard W. Ferris
Attorney for Plaintiff
