

# United States District Court

_____Eastern District of Virginia_____
Norfolk Division

JOHN MATTHEWS,

    Plaintiff(s)

v.

    CASE NUMBER: 2:11cv141

PORTFOLIO RECOVERY
ASSOCIATES, L.L.C.,

    Defendant(s)

## JUDGMENT ON OFFER OF JUDGMENT

The defendant, Portfolio Recovery Associates, LLC, by counsel, having offered by notice in writing pursuant to Rule 68, Federal Rules of Civil Procedure to permit judgment against it, and the plaintiff, John Matthews, having duly accepted defendant's offer by notice in writing; and the offer and notice of acceptance together with proof of service thereon having been filed, it is

**ORDERED AND ADJUDGED** that the plaintiff, John Matthews, have and recover of the defendant, Portfolio Recovery Associates, LLC, the total amount of $1,001.00, (One Thousand One Dollars and no cents), plus reasonable attorney's fees and costs, through the date of the Offer of Judgment, as may be determined by the Court; actual costs for the filing fee of the complaint in the U.S. District Court; and actual costs for service of the summons and complaint upon Portfolio Recovery Associates, LLC.

DATE:  May 11, 2011

Fernando Galindo, *Clerk*

*(By)Deputy Clerk*