**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| JOHN MATTHEWS | ) | |
| Plaintiff, | ) | **No. 2:11-CV-00141-RGD-FBS** |
| vs. | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | ) | |
| | ) | **Fed. R. Civ. P. 41(a)(1)** |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOHN MATTHEWS and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOHN MATTHEWS, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  August 23, 2011         /s/   Richard W. Ferris_____

                                Richard W. Ferris
                                VSB: #31812
                                Ferris Winder, PLLC
                                530 East Main Street
                                Suite 710
                                Richmond, VA 23219
                                rwferris@ferriswinder.com

                                Attorney for Plaintiff,
                                JOHN MATTHEWS

Dated:  August 23, 2011

                                /s/ Steven R. Zahn_____

                                Steven R. Zahn
                                140 Corporate Boulevard
                                Office of General Counsel
                                Norfolk, VA 23502
                                szahn@portfoliorecovery.com

                                Attorney for Defendant,
                                PORTFOLIO RECOVERY ASSOCIATES, LLC.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:

                                _____
                                The Honorable Judge
                                United States District Judge

2

Stipulation of Dismissal and [Proposed] Order

Error! Unknown document property